FILED

**NOT FOR PUBLICATION**

JAN 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARTHA ALVARADO; MARTHA
ANGELICA ALVARADO,

Petitioners,

v.

ERIC H. HOLDER Jr., Attorney General,

Respondent.

No. 06-75546

Agency Nos. A095-198-530
A095-448-771

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010[**]

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

Martha Alvarado ("Alvarado") and her daughter Martha Angelica Alvarado,

natives and citizens of Mexico, petition for review of the Board of Immigration

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this is case suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

JTK/Research

Appeals' ("BIA") order denying their motion to reopen. We dismiss the petition for review.

The evidence petitioners presented with their motion to reopen concerned the same basic hardship grounds as Alvarado's application for cancellation of removal. *See Fernandez v. Gonzales*, 439 F.3d 592, 602-03 (9th Cir. 2006). We therefore lack jurisdiction to review the BIA's discretionary determination that the evidence was insufficient to establish a prima facie case of hardship. *See id.* at 601.

**PETITION FOR REVIEW DISMISSED.**